IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02366-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

KEVIN CARTY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2014.**

    Defendant's Unopposed Motion for Leave to Appear by Telephone at Scheduling Conference [filed January 6, 2014; docket #27] is **granted**.  Defense counsel may appear at the January 24, 2014 scheduling conference by first teleconferencing together (if necessary), then calling my Chambers at 303.844.4507 at the appointed time.